784 A.2d 1276

**C & M DEVELOPERS, INC., Petitioner**

v.

**BEDMINSTER TOWNSHIP ZONING HEARING BOARD, Respondent.**

Supreme Court of Pennsylvania.

Sept. 21, 2001.

**ORDER**

PER CURIAM.

**AND NOW**, this 21th day of September, 2001, the Order dated September 6, 2001 denying the Petition for Allowance of Appeal is hereby **WITHDRAWN**, due to administrative error, pending further Order of this Court.